**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Illinois__
(State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  __Mack Industries III, LLC__

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  __ __ - __ __ __ __ __ __ __

4. **Debtor's address**

   **Principal place of business**

   __6820 Centennial Drive__
   Number   Street

   __Tinley Park, IL   60477__
   City                State   ZIP Code

   __Cook__
   County

   **Mailing address, if different from principal place of business**

   Number   Street

   P.O. Box

   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number   Street

   City   State   ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 1

Debtor  **Mack Industries III, LLC**
Name

Case number (if known) _____

7. **Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☒ None of the above

    B. *Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    5  3  1  3

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

    ☒ Chapter 7
    ☐ Chapter 9
    ☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☒ No
    ☐ Yes.  District _____ When _____ Case number _____
                                         MM / DD / YYYY
              District _____ When _____ Case number _____
                                         MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☒ Yes.  Debtor  See Attached List     Relationship _____
              District _____  When _____
                                                         MM / DD / YYYY
              Case number, if known _____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 2

Debtor    Mack Industries III, LLC    Case number (if known)_____
          Name

### 11. Why is the case filed in *this district*?

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

### 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                Number    Street

_____
City                                    State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

### 13. Debtor's estimation of available funds

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

### 15. Estimated assets

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor   Mack Industries III, LLC                              Case number (if known) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _/s/ Ronald R. Peterson_
Signature of authorized representative of debtor

Printed name _____

Title  Ronald R. Peterson, as Chapter 11 Trustee for Mack Industries, Ltd.

**18. Signature of attorney**

X _/s/ Ronald R. Peterson_
Signature of attorney for debtor

Date  06/02/2017
MM / DD / YYYY

Ronald R. Peterson
Printed name

JENNER & BLOCK LLP
Firm name

353 North Clark Street
Number   Street

Chicago               IL      60654-3456
City                  State   ZIP Code

(312) 222-9350                rpeterson@jenner.com
Contact phone                 Email address

02188473              IL
Bar number            State

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MACK INDUSTRIES III, LLC, | ) | Case No. _____ |
| | ) | |
| Debtor. | ) | Joint Administration Requested |

### LIST OF CASES PENDING OR BEING FILED BY DEBTOR AFFILIATES

#### I. PENDING CASES BY OR AGAINST DEBTOR AFFILIATES

Debtor   Mack Industries, Ltd.                 Relationship   Parent or Affiliate
District   Northern District of Illinois        When           03/24/2017
Case number, if known   17-09308

Debtor   Mack Industries II, LLC               Relationship   Affiliate
District   Northern District of Illinois        When           05/31/2017
Case number, if known   17-16859

Debtor   Oak Park Avenue Realty, Ltd.          Relationship   Affiliate
District   Northern District of Illinois        When           05/31/2017
Case number, if known   17-16651

#### II. CASES BEING FILED BY DEBTOR AFFILIATES ON JUNE 2, 2017

Debtor   Mack Industries IV, LLC               Relationship   Affiliate
District   Northern District of Illinois        When           06/02/2017
Case number, if known   _____

Date: June 2, 2017                              By:   /s/ Ronald R. Peterson
                                                Ronald R. Peterson, Chapter 7
                                                Trustee for Mack Industries,
                                                Ltd., Manager and Member of
                                                Mack Industries III, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MACK INDUSTRIES III, LLC, | ) | Case No. _____ |
| | ) | |
| Debtor. | ) | Joint Administration Requested |

**VERIFICATION OF CREDITOR MATRIX**

Number of Creditors: ____3____

The above-named Debtor hereby verifies that the list of creditors is true and correct to the best of my knowledge.

Date: June 2, 2017

By: _____
Ronald R. Peterson, Chapter 7
Trustee for Mack Industries,
Ltd., Manager and Member of
Mack Industries III, LLC

```
Mack Industries, Ltd.
6820 Centennial Drive
Tinley Park, IL  60477

Oak Park Avenue Realty
6820 Centennial Drive
Tinley Park, IL  60477

Pan American Bank & Trust
1440 W. North Ave.
Melrose Park, IL  60160
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MACK INDUSTRIES III, LLC, | ) | Case No. _____ |
| | ) | |
| Debtor. | ) | Joint Administration Requested |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULES 1007(a)
AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURES**

Pursuant to Rules 1007(a) and 7007.1 of the Federal Rule of Bankruptcy Procedure, the undersigned states that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of Mack Industries III, LLC's equity interests:

- Mack Industries, Ltd.

June 2, 2017

Ronald R. Peterson
Chapter 7 Trustee for Mack Industries, Ltd.
Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60657
TEL: 312-222-9350
FAX: 312-527-0484